No. 80–6682. SPANGENBERG *v.* WELLS FARGO BANK, N. A., *ante,* p. 843. Motion for leave to file petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 80–6699. NOVEL *v.* CIVIL COURT OF THE CITY OF NEW YORK ET AL., *ante,* p. 844; and

No. 80–6917. JOHNSON *v.* GULF COAST COMMUNITY SERVICE ASSN. ET AL., *ante,* p. 856. Petitions for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.